# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDY MAGEE

NO. 2021 KW 1448

**FEBRUARY 25, 2022**

---

In Re:   Andy Magee, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 01-CR9-81002.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT